DAVID J. MERRILL
Nevada Bar No. 6060
DAVID J. MERRILL, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Telephone: (702) 566-1935
Facsimile: (702) 993-8841
E-mail: david@djmerrillpc.com
Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN WILHELM, BILL BIGGERSTAFF, DONNA DECAPRIO, ENRIQUE FERNANDEZ, BILL GRANFIELD, WARREN HEYMAN, MARVIN JONES, BOB MCDEVITT, WARRANT PEPICELLI, RICHARD RUMELT, AND HENRY TAMARIN | ) ) ) ) ) ) ) ) ) ) | Case No.: 2:15-CV-00245-APG-(VCF) |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) ) | |
| NOEL BEASLEY, HAROLD BOCK, GARY BONADONNA, LYNNE FOX, JEAN HERVEY, JULIE KELLY, WILFREDO LARANCUENT, DAVID MELMAN, RICHARD MONJE, HARRIS RAYNOR, EDGAR ROMNEY, CRISTINA VAZQUEZ, TERESA WOOD, JOHN AGNELLO, JAMES BRUBAKER, JOHN FOWLER, TOD GREENFIELD, ROBERT KOVACS, RICHARD KUETHER, PETER LINDENMEYER, BRIAN MCGRATH, MICHAEL MONTELONGO, HOMI PATEL, STEVEN THOMAS, TIMOTHY WEILER, AND NATIONAL RETIREMENT FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO THE COMPLAINT**

**(First Request)**

1

David J. Merrill, P.C.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
(702) 566-1935

In accordance with LR 6-1, 6-2, and 7-1, the parties stipulate as follows:

1.     On February 19, 2015, Plaintiffs served John Fowler (the "First Served Defendant") with a copy of the Summons and Complaint.

2.     In accordance with Fed. R. Civ. P. 4(a)(1)(A)(i), the First Served Defendant has up to and including March 12, 2015, to file a response to the Complaint.

3.     However, undersigned defendants' counsel will serve as local counsel for all twenty-six defendants, including the First Served Defendant.

4.     To enable counsel to coordinate the defense of all twenty-six defendants, avoid the time and expense of filing numerous separate responses to the Complaint, and to provide for acceptance of service for any defendants not yet served, and defendants agreeing not to contest the sufficiency of process or the sufficiency of service of process, the parties stipulate that all of the defendants, regardless of the date of service, shall have up to and including April 13, 2015, to file a response to the Complaint.

DATED this 10th day of March 2015.

McCRACKEN, STEMERMAN & HOLSBERRY

By:    _/s/ Sarah Grossman-Swenson_
         SARAH GROSSMAN-SWENSON
         1630 S. Commerce Street, Suite A-1
         Las Vegas, Nevada 89102
         (702) 386-5107
Attorneys for Plaintiffs

DAVID J. MERRILL, P.C.

By:    _/s/ David J. Merrill_
         DAVID J. MERRILL
         10161 Park Run Drive, Suite 150
         Las Vegas, Nevada 89145
         (702) 566-1935
Attorneys for Defendants

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: _March 11, 2015_

DAVID J. MERRILL, P.C.
10161 PARK RUN DRIVE, SUITE 150
LAS VEGAS, NEVADA 89145
(702) 566-1935

2